JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK WILBURN,<br><br>    Plaintiff,<br><br>v.<br><br>CRANE WORLDWIDE LOGISTICS, LLC,<br><br>    Defendant. | Case No. 2:23-cv-04103-SB-AS<br><br>ORDER RE STIPULATION OF DISMISSAL |

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a), it is ordered that this action be, and hereby is, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorneys' fees and costs.  The Clerk is directed to close the file.

Date: January 22, 2024

_____
Stanley Blumenfeld, Jr.
United States District Judge